

# COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 25, 2015

Keith C. Thompson
11003 Quaker Avenue
Lubbock, TX 79424

Kenneth E. Grubbs
Law Offices of Kenneth Grubbs
Woodcock Building, Suite C-120
4241 Woodcock Drive
San Antonio, TX 78228

RE:     Court of Appeals Number:     04-15-00040-CV
        Style:                      Templeton Mortgage Corporation v. Michael Middleton

Dear Counsel:

After reviewing the Civil Docketing Statement, the Court has determined the parties will not be ordered to participate in Alternative Dispute Resolution. This appeal will proceed with the applicable appellate deadlines as set forth in the Texas Rules of Appellate Procedure.

Sincerely,

Marialyn Barnard, Justice

MB/ma